**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | | |
|---|---|---|
| DAVID E. ST. PIERRE, | ) | 3:07-cv-00205-LRH-RAM |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 7, 2008 |
| | ) | |
| LARRY ARNOLD; JOE BRACKBILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:    ROSEMARIE MILLER        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**


　　　　Before the court is Defendants' Ex Parte Motion for Stay (#33). Defendants believe Plaintiff in this action died on or about July 8, 2008. A Suggestion of Death has yet to be filed in this matter as Defendants are awaiting receipt of Plaintiff's Death Certificate. Good cause appearing,

　　　　Defendants' motion for stay (#33) is GRANTED. Defendants are ordered to file a status report within sixty (60) days of the entry of this order in the event that no other action has been taken in this action by then.


　　　　　　　　　　　　　LANCE S. WILSON, CLERK


　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　Deputy Clerk